# United States District Court
# For The Western District of North Carolina
# Asheville Division

MICHAEL ARTHUR JACKSON,

        Plaintiff,                                 JUDGMENT IN A CIVIL CASE

vs.                                                  1:09cv467

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 05/17/11 Memorandum of Decision and Order.

                                                    Signed: May 17, 2011

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court